IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**JEREL MCELROY**     **PLAINTIFF**

V.     **CASE NO. 5:24-CV-5031**

**STATE OF ARKANSAS**     **DEFENDANT**

## ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 15) filed in this case on May 29, 2024, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, and the case is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state remedies.

**IT IS SO ORDERED** on this 18th day of June, 2024.

                 */s/ Timothy L. Brooks*
                 TIMOTHY L. BROOKS
                 UNITED STATES DISTRICT JUDGE